JS - 6

*[FILED stamps: ENTERED - SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT, JAN -9 2015; FILED - SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT, JAN -8 2015, CENTRAL DISTRICT OF CALIFORNIA]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRIAN DION LEWIS, | Case No. CV 14-07565 AN |
| Petitioner, | |
| v. | JUDGMENT |
| J. SOTO, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

Dated: January 8, 2015

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE